UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 04-20163-CR-KING

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PAMELA ANN FERRER-MORRISON,

    Defendant.

_____/

## ORDER DENYING DEFENDANT'S "MOTION AND MEMORANDUM FOR EARLY TERMINATION OF SUPERVISED RELEASE"

THIS CAUSE comes before the Court upon the Defendant Pamela Ann Ferrer-Morrison's "Motion and Memorandum for Early Termination of Supervised Release" (D.E. #69), filed March 24, 2009. On April 9, 2009, the United States Probation Office submitted a "Response to Defendant's Motion for Early Termination of Supervised Release," stating, *inter alia*, the following:

> "While Ms. Ferrer-Morrison's adjustment to supervision is commendable, she has failed to identity any instances where her efforts were extraordinary. Further, Mr. Ferrer-Morrison's desire to relocate to the Southeastern United States does not appear to be a hardship since her supervision may be transferred to the appropriate district. Therefore, the United States Probation Office respectfully recommends that the Court deny Ms. Ferrer-Morrison's request for early termination and allow her term of supervised release to expire as scheduled."

After thoroughly considering the record and these filings, the undersigned concludes that—in accordance with the well-reasoned recommendation of the United

States Probation Office—the Defendant's request should be denied.

Accordingly, it is ORDERED, ADJUDGED, and DECREED that the Defendant Pamela Ann Ferrer-Morrison's "Motion and Memorandum for Early Termination of Supervised Release" (**D.E. #69**) be, and the same is hereby, **DENIED**.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 14th day of April, 2009.

JAMES LAWRENCE KING
U.S. DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: **Counsel for Plaintiff**

**Anthony W. Lacosta**
United States Attorney's Office
99 NE 4th Street
7th Floor
Miami , FL 33132

**Counsel for Defendant**

**Harold Long , Jr.**
Harold Long, Jr.
Miami Gardens Office Center
99 NW 183 Street
Suite 127
North Miami Beach , FL 33169